Benjamin Bonifacio
175 Farragut Street
Hercules, CA 94547

Pro Per

ORIGINAL FILED
2012 DEC -7 A 9: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES ~~BANKRUPTCY~~ DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benjamin Bonifacio<br><br>Plaintiff<br><br>vs.<br><br>Bank of America, N.A. Federal National Mortgage Association, Recontrust Company, N.A., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP., US Bank National Association, Wally Davidson, and Does 1 – 100<br><br>Defendant(s) | Case No. C12-4863 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Charles R. Beyer<br><br>Date: December 7, 2012<br>Time: 10:00 a.m.<br>Dept: 6 |

COMES NOW, Benjamin Bonifacio, Plaintiff herein, and files this Voluntary Dismissal Without Prejudice, due to inability to find suitable counsel.

Dated: December 7, 2012

Respectfully submitted.

SO ORDERED

Benjamin Bonifacio

Bonifacio – Voluntary Dismissal Without Prejudice 12-7-12